Electronically Filed _____

**Entered on Docket
March 12, 2010**

*Bruce A. Markell*
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Litton Loan Servicing
09-78117 / 41218660

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-15933-bam |
| Benjamin L. Hanna, II and Lisa A. Hanna | MS Motion No. <br> Date: <br> Time: |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

1   IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the
2   post-petition arrearages currently due as follows:

3   | | |
    |---|---|
    | 4 Monthly Payments(s) at $2,210.35 | $8,841.40 |
    | (October 1, 2009 - January 1, 2010) | |
    | 4 Late Charge(s) at $97.44 | $389.76 |
    | (October 1, 2009 - January 1, 2010) | |
    | Property Inspections | $85.00 |
    | Motion for Relief Filing Fee | $150.00 |
    | Attorneys Fees | $750.00 |
    | BPO Fee | $195.00 |
    | Suspense Amount | ($4,083.96) |
    | Total | $6,327.20 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,054.54 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the February 1, 2010 payment and continuing throughout and concluding on or before June 20, 2010. The sixth final payment in the amount of $1,054.50 shall be paid on or before July 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the , payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 8313 Windchase Avenue , Las Vegas, NV 89129, and legally described as follows:

LOT FOUR (4) IN BLOCK TWO (2) OF WINDGATE UNIT 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 64 OF PLATS, PAGE 60, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth

1 (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this
2 Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may
3 thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
4 State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt                              Daniel P. Rickert

By_____                     By_____
                                                Boan.o Boyce
Kathleen A Leavitt                              Daniel P. Rickert
Chapter 13 Trustee                              Attorney for Debtors
201 Las Vegas Blvd., So. #200                   1118 E. Carson Avenue
Las Vegas, NV 89101                             Las Vegas, NV 89101

                                                Nevada Bar No. 00870